**EXHIBIT A**

|   | Domain | Sample 1 Infringed Title | Sample 1 Infringing URL | Sample 2 Infringed Title | Sample 2 Infringing URL |
|---|---|---|---|---|---|
| 1 | 123moviesfree.so | Morbius | 123moviesfree.so/film/morbius/watching.html?ep=0 | Minions | 123moviesfree.so/film/minions-zrg/watching.html?ep=0 |
| 2 | 123movieshub.tc | Frozen | 123movieshub.tc/movie/frozen/watching.html?ep=1&sv=8 | Spider-Man: Homecoming | 123movieshub.tc/movie/spider-man-homecoming-6d0gwo2/watching.html?ep=1&sv=8 |
| 3 | 123watchmovies.co | Mortal Kombat | 123watchmovies.co/mortal-kombat-2/ | The Lion King | 123watchmovies.co/the-lion-king-2/ |
| 4 | 2embed.ru | Frozen II | 2embed.ru/library/movie/330457 | Spider-Man: Far from Home | 2embed.ru/library/movie/429617 |
| 5 | blogdepelis.io | The Matrix Resurrections | blogdepelis.io/matrix-resurrecciones.html | Soul | blogdepelis.io/soul.html |
| 6 | cine-calidad.com | The Matrix Resurrections | v3.cine-calidad.com/ver-pelicula/matrix-resurrections/ | Soul | v3.cine-calidad.com/ver-pelicula/soul/ |
| 7 | cliver.me | The Matrix Resurrections | cliver.me/pelicula/matrix-resurrections | Soul | cliver.me/pelicula/soul |
| 8 | cuevana.pro | The Matrix Resurrections | cuevana.pro/pelicula/matrix-resurrections | Soul | cuevana.pro/pelicula/soul |
| 9 | cuevana3.cc | The Matrix Resurrections | ver.cuevana3.cc/peliculas/linea-matrix-resurrecciones/ | Soul | ver.cuevana3.cc/peliculas/soul-2020/ |
| 10 | d123movies.to | Morbius | d123movies.to/watch-movie-2/morbius-2022_cw4y0d0ez/45wolw6-full-movie-free-online | Minions | d123movies.to/watch-movie-2/minions-2015_cwobl6m8k/o7oeay7-full-movie-free-online |
| 11 | dytt89.com | Godzilla vs Kong | dytt89.com/i/103400.html | Raya and the Last Dragon | dytt89.com/i/103295.html |
| 12 | ffmovies.sc | Morbius | vw1.ffmovies.sc/film/morbius-2022/ | Minions | vw1.ffmovies.sc/film/minions-2015/ |
| 13 | pelisplay.co | Mortal Kombat | pelisplay.co/pelicula/mortal-kombat-2 | Godzilla Vs. Kong | pelisplay.co/pelicula/godzilla-vs-kong |
| 14 | putlockers.li | Morbius | putlockers.li/movie/morbius-2022_MlpSRHBHRDZ1UXM9/watch.htm | Minions | putlockers.li/movie/minions-2015_aVcveC9JVjZWNlk9/watch.html |

|    | Domain | Sample 1 Infringed Title | Sample 1 Infringing URL | Sample 2 Infringed Title | Sample 2 Infringing URL |
|----|--------|--------------------------|-------------------------|--------------------------|-------------------------|
| 15 | repelis.red | The Matrix Resurrections | repelis.red/ver-matrix-resurrecciones-online-espanol-022622/ | Soul | repelis.red/ver-soul-online-espanol-092721/ |
| 16 | repelis24.co | The Matrix Resurrections | repelis24.co/pelicula/matrix-resurrections-2021-online-descargar/ | Soul | repelis24.co/pelicula/soul-2020-online-descargar/ |
| 17 | seriesflix.video | Dark: Season 2 | seriesflix.video/episodio/dark-2x1/ | The Boys | seriesflix.video/episodio/the-boys-2x2/ |
| 18 | hackstore.la (videos play on suzihaza.com) | The Matrix Resurrections | hackstore.la/peliculas/matrix-resurrecciones-2021/ | Soul | hackstore.la/peliculas/soul-2020/ |
| 19 | suzihaza.com | The Matrix Resurrections | suzihaza.com/v/16rn5fj11q35x7d | Soul | suzihaza.com/v/05864ulg43xjn0k |
| 20 | televisionlibre.net | Cruella | televisionlibre.net/pelicula/cruella-2021/ | Wonder Woman | televisionlibre.net/pelicula/mujer-maravilla-2017/ |
| 21 | we-play.live | Frozen II | we-play.live/watching/movie/frozen-ii-2019 | A Quiet Place Part II | we-play.live/watching/movie/a-quiet-place-part-ii-2021 |
| 22 | ymovies.to | Frozen II | ymovies.to/film/frozen-ii-83235/ | Minions | ymovies.to/film/minions-41563/watching/ |
| 23 | bflix.watch | Morbius | bflix.watch/movie/morbius-2022/ | Minions | bflix.watch/movie/minions-2015/ |
| 24 | 123moviesfree.love | Morbius | 123moviesfree.love/watch-movie/morbius-2022-full-movie-online-free/123movies-8mnl5lpwy-m3jmwg9 | Minions | 123moviesfree.love/watch-movie/minions-2015-full-movie-online-free/123movies-vgn3z09z-vgbgwrxx?watchnow=1 |
| 25 | pelis24.se | The Matrix Resurrections | pelis24.se/pelicula/matrix-resurrecciones/ | Soul | pelis24.se/pelicula/soul/ |